**Order filed September 22, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00699-CV

_____

**WILLIAM SATTERWHITE, JR., Appellant**

**V.**

**CHRISTOPHER EVANS AND YI ZHANG, Appellees**

---

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1059593**

---

## O R D E R

The notice of appeal in this case was filed August 13, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **October 7, 2015.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM